**Petition for Writ of Mandamus Denied and Opinion filed August 13, 2020.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00428-CV

## IN RE NATIONAL TRUST INSURANCE CO., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-12047A**

## MEMORANDUM OPINION

On June 12, 2020, relator National Trust Insurance Company filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to vacate her rulings striking relator's counter-affidavits. *See* Tex. Civ. Prac. & Rem. Code Ann. § 18.001.

Relator has not shown that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Spain.